DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA MULCH, INC.,**
Appellant,

v.

**NORTHEAST LANDSCAPING & TREE SERVICES, INC.,**
Appellee.

No. 4D22-2677

[May 4, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE22-007746.

Tim W. Sobczak of Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A., Orlando, for appellant.

Brad E. Kelsky of Kelsky Law, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***